

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2015

No. 04-15-00105-CV

Mava **HURD** and Leonard Izzo,
Appellants

v.

**RAPIER FAMILY FOUNDATION**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-14969
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellants' third motion for extension of time to file their brief is GRANTED. Appellants' brief is due on **July 15, 2015.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court